IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG -2 P 4: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC NO. 2:05mc3259-F |
| ) | |
| AmTech, ) | |
| Montgomery, AL, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| Daisy Ann Edwards, ) | |
| ) | |
| Defendant. ) | |

### APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:97CR00078 entered against the defendant, Daisy Ann Edwards; the last four digits of defendant's Social Security Number is 7462; whose last known address is 628 Belvedere Drive, Montgomery, Alabama 36105, in the above cited action in the amount of $34,698.20, plus costs. There is a balance due of $9,438.81, as of August 2, 2005.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from August 2, 2005, but defendant has

failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

AmTech
2520 Gunter Park Drive
Montgomery, AL 36109

DATED: August 2, 2005

                LEURA G. CANARY
                UNITED STATES ATTORNEY

BY: _____
    R. RANDOLPH NEELEY
    ASSISTANT UNITED STATES ATTORNEY
    Alabama Bar No. 9083-E56R

Post Office Box 197
Montgomery, AL 36101
Phone: (334) 223-7280
  FAX: (334) 223-7201