# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

USA )
      Plaintiff(s), )
      vs. )   RECEIVED
Daisy Ann Edwards )   2005 AUG
      Defendant. )   CIVIL ACTION NO. 2:05mc3259F

AmTech Garnishee

## ANSWER OF GARNISHEE

Now, on this day, comes _____, garnishee in the above-styled action, and for answer, to the writ of garnishment served upon me on this _____ day of _____, 20___, upon oath says that:

___ Defendant is employed by me and I will withhold from the salary, wages or compensation, as required by law, and will remit same to plaintiff(s) counsel on a ( ____ weekly ____ monthly) basis.

**NOTE:** If plaintiff is U.S.A., the payment **should** be made payable to Treasury of U. S. and mailed to the U. S. ATTORNEY'S OFFICE, P. O. BOX 197, MONTGOMERY, ALABAMA 36101. Please reference case number on check.

___ I have in my possession or control property or money belonging to the defendant, which is not wages, salary or compensation, namely: _____
_____
and am holding same subject to orders of the court.

✓ Defendant not employed - garnishee not indebted to defendant when process was received, or when making this answer, or during intervening time, and have not in my possession or control any belongings of the defendant.

___ Other (Explain): _____

_Teena R. Russell_
Garnishee

Sworn to and signed before me this _12_ day of _August_, 20 _05_.

_Rhonda B Cape_
Notary Public  my commission expires 10/2/07

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been mailed to _____
on this the _____ day of _____, 20 ___.

_____
Signature (Garnishee or Agent)



AmTech
AMERICAN TECHNOLOGIES INCORPORATED
AMTECH LLC
2520 GUNTER PARK DRIVE
MONTGOMERY, ALABAMA 36109-1010



Clerk, U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL. 36101

36101-0711