U.S. Department of Justice
United States Marshals Service RECEIVED

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PSN 1

| PLAINTIFF UNITED STATES OF AMERICA 2005 AUG 2 A 4: 40 | COURT CASE NUMBER MISC. NO: 2:05mc3259-F |
|---|---|
| DEFENDANT DAISY ANN EDWARDS | TYPE OF PROCESS Application for Writ, Instructions, Notice Writ, & Debt Collection Notice |

| SERVE ➤ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN AmTech |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 2520 Gunter Park Drive, Montgomery, AL  36109 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| U. S. Attorney's Office ATTN:  D. Aldridge P.O. Box 197 Montgomery, AL  36101-0197 | Number of process to be served with this Form - 285   **5** |
| | Number of parties to be served in this case   **2** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):

*(stamp, vertical text:)* UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA   AUG - 8  A 8:  RECEIVED

| Signature of Attorney or other Originator requesting service on behalf of: R. Randolph Neeley | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 334-223-7280 | DATE 8/2/2005 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. **2** | District to Serve No. **2** | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 8/8/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Teena Russell - Payrole Clerk | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 8/12/05   Time 11:00 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $45.00 | Total Mileage Charges (including endeavors) 8 miles F/T $3.60 | Forwarding Fee ∅ | Total Charges $48.60 | Advance Deposits | Amount owed to U.S. Marshal or RETURNED | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: $3.60

AUG 23 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|